IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHYRA TAYLOR,<br><br>            Plaintiff,<br><br>   v.<br><br>CITY OF OMAHA, COUNTY OF DOUGLAS, MARISA BOYCE and NATHANIEL BARNHILL, in their individual and official capacities,<br><br>           Defendants. | 8:25CV11<br><br>**JUDGMENT** |

In accordance with the Memorandum and Order entered today (Filing No. 69), judgment is entered in favor of defendants City of Omaha, Douglas County, and Nathaniel Barnhill and against plaintiff Shyra Taylor.  *See* Fed. R. Civ. P. 58(a).

Dated this 30th day of December 2025.

                                              BY THE COURT:

                                              Robert F. Rossiter, Jr.
                                              Chief United States District Judge